UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILIP H. WENTZEL,

                      Petitioner,

     -against-                                 22 **CIVIL** 2325 (KMK)

                                               **JUDGMENT**

W.S. PLILER, WARDEN, F.C.I.
OTISVILLE,

                    Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2025, the Court adopts the R&R's conclusions and denies Petitioner's objections. Accordingly, the case is closed.

**Dated:** New York, New York

     March 31, 2025

                                                     **TAMMI M HELLWIG**
                                                     **Clerk of Court**

                         **BY:**

                                                     **Deputy Clerk**